### In re CHARGE OF JUDICIAL MISCONDUCT.

#### No. 82–8114.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 1982.

---

#### ORDER

Before EUGENE A. WRIGHT, Circuit Judge.

A complaint alleging misconduct was filed on October 18, 1982, against three

924

circuit judges of this circuit, pursuant to the Ninth Circuit Procedures for Processing Complaints of Judicial Misconduct, 28 U.S.C. § 372(c)(1). Under § 372(c)(2), the complaint has been referred to me as the next senior circuit judge in regular active service.

Two circuit judges entered an order on August 27, 1982 in an action in which this complainant was the petitioner. The order read:

Petitioner's letter, dated June 20, 1982, is construed as a motion for reconsideration of the order of August 14, 1981, denying petitioner's requests for certificates of probable cause. The motion is denied. Petitioner's motion to refer his requests to Judge Browning is denied.

The complaint evidences only a legal disagreement with the judges' decision in the matter. It is dismissed as inappropriate under the Procedures because it directly relates to the merits of a decision or procedural ruling of the judges. *In re Charge of Judicial Misconduct,* 613 F.2d 768, 769 (9th Cir. 1980).

The complaint alleging judicial misconduct is dismissed.